**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LARRY BOATWRIGHT**                                        **PETITIONER**

**V.**                                                      **CAUSE NO. 3:21-CV-245-CWR-LGI**

**UNITED STATES OF AMERICA;**                          **RESPONDENTS**
**WARDEN STEVEN RISER**

**ORDER**

      This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was issued on August 29, 2023. Docket No. 16. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

      This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the petition is dismissed. A separate Final Judgment will issue.

      **SO ORDERED**, this the 29th day of September, 2023.

                                                                  s/ Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE